NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREAT NECK SAW MANUFACTURERS, INC.,**
*Plaintiff-Appellant,*

**v.**

**STAR ASIA U.S.A., LLC,**
*Defendant-Appellee.*

---

2010-1501

---

Appeal from the United States District Court for the Western District of Washington in No. 06-CV-0647, Judge Thomas S. Zilly.

---

**JUDGMENT**

---

JOSEPH J. PREVITO, Collard & Roe, PC, of Roslyn, New York, argued for the plaintiff-appellant.

H. ALBERT RICHARDSON and LAWRENCE D. GRAHAM, Black, Lowe & Graham, PLLC, of Seattle, Washington, argued for the defendant-appellee. Of counsel was LORETTA M. GASWIRTH, Meltzer, Lippe, Goldstein & Breitstone, LLP, of Mineola, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 17, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |